**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JORDAN TALLEY-SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 2:25-CV-282-PPS-AZ |
| | ) |
| WEBB FORD INC, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## <u>ORDER</u>

On February 19, 2026, pro se plaintiff Jordan Talley-Smith filed a renewed motion for clerks entry of default as to only Defendant Webb Ford, Inc. [DE 18] and an affidavit in support [DE 19].

Federal Rule of Civil Procedure Rule 55(a) establishes that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

In this case, Talley-Smith was granted leave to proceed in forma pauperis on July 8, 2025. [DE 3.]  The Clerk sent out a waiver of service. [DE 6.]  While the other defendant in the case, Kimberly Walcott, waived service and then filed a motion to dismiss, Defendants Webb Ford and Shaughnessy did not waive service. [DE 6, 9.]

The summons to Webb Ford was issued by the Clerk on September 12, 2025 [DE 12], and returned executed by the United States Marshal Service on December 5, 2025

[DE 15]. Webb Ford, Inc was served on December 1, 2025, so its answer was due on

December 22, 2025. *Id.* Because Defendant Webb Ford, Inc., has not filed an answer or

motion to dismiss, a clerk's entry of default is appropriate as to Defendant Webb Ford,

Inc.

ACCORDINGLY, the renewed motion for Clerk's entry of default as to

Defendant Webb Ford, Inc. [DE 18] is GRANTED and the Clerk is ORDERED to enter

default against only defendant Webb Ford, Inc. pursuant to Federal Rule of Civil

Procedure Rule 55(a).

SO ORDERED.

ENTERED: March 23, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT