**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**HAMMOND DIVISION**

Jordan Talley−Smith

        Plaintiff,

v.

                          Case No.: 2:25−cv−00282−PPS−AZ

                          Judge Philip P Simon

Webb Ford Inc, et al.

        Defendant.

---

**<u>CLERK'S ENTRY OF DEFAULT</u>**

     Default is hereby entered against defendant(s)

Webb Ford Inc ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil

Procedure 55(a).

Date:  March 23, 2026          Sincerely,

                          CHANDA J. BERTA
                          CLERK OF COURT

                          By:  s/  Aubury S Highlen
                              Deputy Clerk