UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JORDAN TALLEY-SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:  2:25-cv-00282-PPS-AZ |
| | ) |
| WEBB FORD, INC., | ) |
| An Indiana Corporation; | ) |
| | ) |
| VINCE SHAUGHNESSY, | ) |
| In his individual capacity; | ) |
| | ) |
| KIMBERLY WALCOTT, | ) |
| In her individual capacity; | ) |
| | ) |
| Defendant. | ) |

## APPEARANCE OF COUNSEL

Now comes the undersigned attorney and files this Notice of Appearance as retained counsel for Defendant, Webb Ford Inc., in the above-styled and numbered cause in accordance with Rule 9 of the Federal Rules of Civil Procedure.  All communications from the Court or other counsel with respect to this suit shall be sent to the undersigned.

Date:  March 27, 2026                    Respectfully submitted,


/s/ Finis Tatum IV
Finis Tatum IV, #29092-49
**GORDON REES SCULLY MANSUKHANI LLP**
600 East 96th Street, Suite 501
Indianapolis, Indiana 46240
Telephone:    (317) 713-0905

E-Mail:     [ftatum@grsm.com](mailto:ftatum@grsm.com)

*Counsel for Webb Ford, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 27, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the ECF filing system.

/s/ Finis Tatum IV

Finis Tatum IV