UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JORDAN TALLEY-SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:  2:25-cv-00282-PPS-AZ |
| | ) |
| WEBB FORD, INC., | ) |
| An Indiana Corporation; | ) |
| | ) |
| VINCE SHAUGHNESSY, | ) |
| In his individual capacity; | ) |
| | ) |
| KIMBERLY WALCOTT, | ) |
| In her individual capacity; | ) |
| | ) |
| Defendant. | ) |

## **DEFENDANT'S MOTION TO WITHDRAW FILING**

COMES NOW Defendant Webb Ford, Inc., by counsel, and hereby moves to withdraw Docket Number 25, Defendant's Motion in Opposition to Plaintiff's Motion for Default Judgment and Request for Extension of Time to Respond to Plaintiff's Complaint, which was filed based on information explained to counsel at the time we were retained and undertook representation. Defendant's understanding was that no default had been entered in this matter. Upon further review of the Court's docket, Defendant discovered that the Court had entered a default judgment. Accordingly, following the filing of this Motion, Defendant will, in due course, file a Motion to Set

Aside Default Judgment pursuant to Federal Rules of Civil Procedure 55(c) and 60(b), together with a Request for Extension of Time to Respond to Plaintiff's Complaint.

WHEREFORE, Defendant Webb Ford, Inc., prays this Honorable Court grant its Motion to Withdraw Filing Docket No. 25 and for all other relief just and proper in the premises.

Respectfully submitted,

/s/ Levy Wash Jr.

Finis Tatum IV
Levy Wash, Jr.
**GORDON REES SCULLY MANSUKHANI LLP**
600 East 96th Street, Suite 501
Indianapolis, Indiana 46240
Telephone:    (317) 713-0905
E-Mail:       ftatum@grsm.com
              lwashjr@grsm.com

*Counsel for Webb Ford, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 7, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the ECF filing system.

/s/ Levy Wash Jr.

Levy Wash Jr.