**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JORDAN TALLEY-SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-282-PPS-AZ |
| | ) |
| WEBB FORC, INC. and VINCE | ) |
| SHAUGHNESSY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff Jordan Talley-Smith's Motion to Direct Service on Defendant Vince Shaughnessy and for Issuance of Alias Summons [DE 26], filed on March 31, 2026. Plaintiff was previously granted leave to proceed in forma pauperis and service of the complaint and summons on Defendants by the United States Marshal Service (USMS) was ordered. DE 3. Defendant Webb Ford, Inc. was served on December 1, 2025 and the returned summons was filed on the docket on December 5, 2025. DE 15. No proof of service was filed as to Defendant Vince Shaughnessy, however, and Plaintiff thus filed this motion to effectuate service on him. DE 26. But after Plaintiff's motion was filed, the USMS filed a returned summons indicating that Defendant Shaughnessy was served on the same day as Webb Ford, Inc. *See* DE 32.

Accordingly, and because service of the summons and complaint in this case appears to have been accomplished months ago, Plaintiff Jordan Talley-Smith's Motion to Direct Service on Defendant Vince Shaughnessy and for Issuance of Alias

1

Summons [DE 26] is **DENIED AS MOOT**. Defendant Webb Ford, Inc.'s Motion to Set Aside Default Judgment [DE 30] and Plaintiff's Motion for Clerks Entry of Default as to Vince Shaughnessy [DE 34] remain pending before the Court and will be addressed by separate orders.

So ORDERED this 27th day of April 2026.

/s/ Abizer Zanzi
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT

cc: Jordan Talley-Smith (U.S. Mail)

2