# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| JORDAN TALLEY-SMITH | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25-cv-00282-PPS-AZ |
| WEBB FORD, INC., et al. | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Webb Ford, Inc. _____ .

Date:    05/06/2026                                            /s/ Angka E. Hinshaw
                                                                *Attorney's signature*

                                                        Angka E. Hinshaw #28694-49
                                                        *Printed name and bar number*
                                                        Gordon Rees Scully Mansukhani LLP
                                                        600 E. 96th Street, Suite 501
                                                        Indianapolis, IN 46240

                                                                *Address*

                                                        ahinshaw@grsm.com
                                                                *E-mail address*

                                                        (317) 713-0905
                                                                *Telephone number*

                                                                *FAX number*