**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| JORDAN TALLEY-SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:25-cv-00282-PPS-AZ |
| | ) |
| WEBB FORD, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Comes now Defendant, Webb Ford, Inc. ("Defendant") and for its Motion for

Substitution and Withdrawal of Counsel, states as follows:

1.      Angka E. Hinshaw hereby enters her Appearance on behalf of Defendant

in this matter.

2.      Levy O. Wash hereby withdraws his Appearance in this matter.

WHEREFORE, Levy O. Wash respectfully requests the Court to grant him leave to

substitute Angka E. Hinshaw as counsel of record for Defendant, Webb Ford, Inc., in place

of Levy O. Wash.

Respectfully submitted,

*/s/ Angka E. Hinshaw*

Angka E. Hinshaw, #28694-49
**GORDON REES SCULLY MANSUKHANI LLP**
600 East 96th Street, Suite 501
Indianapolis, IN 46240
Tel: (317) 713-0905
Email: ahinshaw@grsm.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 6th day May, 2026 the foregoing was electronically filed with the Court and was served through the Court's E-Filing System on all parties of record.

/s/ Angka E. Hinshaw
Angka E. Hinshaw