## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| JORDAN TALLEY-SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:25-cv-00282-PPS-AZ |
| | ) |
| WEBB FORD, INC., & | ) |
| VINCE SHAUGHNESSY | ) |
| Defendants. | ) |

### WEBB FORD, INC.  AND VINCE SHAUGHNESSY'S
### MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants, Webb Ford, Inc. ("Webb Ford") and Vince Shaughnessy ("Shaughnessy') respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Counts I, II, IV, and V of Plaintiff's Complaint for failure to state a claim against Webb Ford and Shaughnessy upon which relief can be granted. In support of this Motion, Defendant submits the accompanying Memorandum of Law ("Brief") and states:

In the alternative, and only if the Court does *not* dismiss the claims identified herein, Defendant Webb Ford and Shaughnessy moves for a more definite statement under Federal Rules of Civil Procedure 12(e) as to Counts I, II, IV, & V.

Respectfully submitted,

/s/ Angka E. Hinshaw
Finis Tatum IV
Angka E. Hinshaw,
**GORDON REES SCULLY MANSUKHANI, LLP**
600 East 96th Street, Suite 501
Indianapolis, IN 46240
Tel: (317) 713-0905
Email: ftatum@grsm.com
        ahinshaw@grsm.com

Date: June 3, 2026

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on June 3, 2026, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participant:

Jordan Talley-Smith
4436 Torrence Avenue
Hammond, IN46327
Pro Se

Date:  June 3, 2026                    By: Angka E. Hinshaw