**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| JORDAN TALLEY-SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-00282-PPS-AZ |
| | ) | |
| WEBB FORD, INC., & | ) | |
| VINCE SHAUGHNESSY | ) | |
| Defendants. | ) | |

**DEFENDANTS WEBB FORD, INC. AND VINCE SHAUGHNESSY'S MOTION TO DISMISS PLAINITFF'S FIRST AMENDED COMPLAINT**

Defendants, Webb Ford, Inc. ("Webb Ford") and Vince Shaughnessy ("Shaughnessy') respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Counts I, II, and III of Plaintiff's First Amended Complaint for fail to state a claim against Webb Ford and Shaughnessy upon which relief can be granted. In support of this Motion, Defendant submits the accompanying Memorandum of Law ("Brief").

Respectfully submitted,

/s/ Angka E. Hinshaw
Finis Tatum IV
Angka E. Hinshaw,
**GORDON REES SCULLY MANSUKHANI, LLP**
600 East 96th Street, Suite 501
Indianapolis, IN 46240
Tel: (317) 713-0905
Email: ftatum@grsm.com
ahinshaw@grsm.com

Date: September 10, 2026

**CERTIFICATE OF SERVICE**

I certify that on September 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on September10, 2026, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participant:

Jordan Talley-Smith
4436 Torrence Avenue
Hammond, IN46327
Pro Se

Date: September 10, 2026 By: Angka E. Hinshaw