**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| JORDAN TALLEY-SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-00282-PPS-AZ |
| | ) | |
| WEBB FORD, INC. & | ) | |
| VINCE SHAUGHNESSY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS WEBB FORD AND VINCE SHAUGHNESSY'S**
**RULE 26(a) INTIAL DISCLOSURES**

Above-captioned Defendant, by counsel, hereby submits the following disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A). Defendant reserves the right to supplement or modify the information set forth below, as needed and required by Rule 26(a)(1)(A).

**A. The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims and defenses, unless solely for impeachment, identifying the subjects of information:**

1. Jordan Talley-Smith ("Plaintiff") can be contacted through the address, telephone number, and email address provided in his pleadings filed with the Court. Subject matter of testimony: Plaintiff is expected to have information regarding all acts and issues set forth in Plaintiff's Complaint, including his background; work history; work responsibilities; performance; termination; and practices of Webb Ford, Inc. ("Webb Ford") involving allegations made against Webb Ford and Vince Shaughnessy, and information relevant to Plaintiff's allegations and/or Webb Ford and Vince Shaughnessy's defenses in this matter.

2. Vince Shaughnessy ("Shaughnessy") can be contacted through undersigned counsel. Subject matter of testimony: Shaughnessy was the Service Manager at Webb Ford and was supervisor of the Plaintiff, and other matters relevant to the allegations in the Complaint and Webb Ford and Shaughnessy's defenses in this action.
3. Any persons necessary to produce, identity, or authenticate any documents.
4. Any person identified in any documents or materials produced in this lawsuit.
5. Any expert witness(es) identified in compliance with the Court's case management order.
6. Any person identified in any party's Initial Disclosures and responses to written discovery requests.

**B. Documents**

Defendants disclose the following categories of documents, tangible things, and specific documents in its custody or control that Defendants may use to support their claims and/or defenses.

1. Plaintiff's personnel file;
2. All documents and communications identified through discovery as necessary for rebuttal or impeachment of any witness;
3. All documents and communications disclosed by any other party to this litigation;
4. All exhibits designated during any deposition taken in this litigation; and
5. All expert reports, if any, produced by any party to this litigation.

**C. Insurance**

Copies of the relevant Certificate of Liability insurance can be produced upon request.

* * * * * * * *

Defendant reserves the right to amend or supplement these Initial Disclosures.

Respectfully submitted,

/s/ *Angka E. Hinshaw*

Finis Tatum IV
Angka E. Hinshaw
**GORDON REES SCULLY MANSUKHANI, LLP**
600 E. 96th Street, Suite 501
Indianapolis, IN 46240
T: (317) 713-0906
Email: ftatum@grsm.com
ahinshaw@grsm.com

*Counsel for Webb Ford, Inc. and Vince Shaughnessy*

**CERTIFICATE OF SERVICE**

The undersigned states that on September 11, 2026, the foregoing was served on the Plaintiff via the ECF/CM system which will provide a copy to all parties of record as well as by U.S. Mail.

*/s/ Angka E. Hinshaw*
*Angka E. Hinshaw*


4